

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-89,425-01

### IN RE LISA FINEBERG, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. WX:16-90016 IN THE 204TH DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam.*

## O R D E R

Relator has filed an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, she contends that the Respondent has not complied with this Court's opinion in Relator's Article 11.072 habeas corpus appeal. *Ex parte Fineberg*, Nos. PD-1024-17 & PD-1025-17 (Tex. Crim. App. Oct. 3, 2018) (not designated for publication).

Respondent, the Judge of the 204th District Court of Dallas County, shall file a response with this Court by certifying what action, if any, has been taken with respect to the terms of Relator's community supervision since this Court's opinion was handed down. Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of

mandamus will be held in abeyance until Respondent has submitted her response.

Filed:  February 13, 2019

Do not publish